**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WILLIAM C. BRANNAN,

    Plaintiff/Counter-Defendant,

v.                                                       Case No. 11-12748

BETTER WORLD MATERIALS, INC.,

    Defendant/Counter-Plaintiff.

_____/

**ORDER GRANTING "MOTION TO MODIFY NOVEMBER 21, 2011 ORDER"**

On November 21, 2011, the court entered an order dismissing this case without prejudice because Plaintiff's precarious health prevented him from moving forward with this litigation for the foreseeable future. That order, which allows either party to reopen this matter simply by filing a notice of reopening, required Plaintiff's counsel to file monthly status reports on the state of Plaintiff's health. Now, Plaintiff has filed a motion requesting that the court relieve counsel from this requirement, noting that Plaintiff's medical condition has not materially changed. The court agrees with Plaintiff that, at this time, it is appropriate to discontinue the reporting requirement in order to conserve the parties' and the court's resources. Accordingly,

IT IS ORDERED that Plaintiff's "Motion to Modify November 21, 2011 Order" [Dkt. # 28] is GRANTED. The portion of the November 21, 2011 dismissal order [Dkt.

# 20] requiring Plaintiff's counsel to file monthly status reports is VACATED. All other portions of the November 21, 2011 order are unaffected.

       s/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated: June 11, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 11, 2012, by electronic and/or ordinary mail.

       s/Lisa Wagner
       Case Manager and Deputy Clerk
       (313) 234-5522